

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00030-CR
No. 02-22-00031-CR
No. 02-22-00032-CR

_____

EX PARTE DARREN GERMAINE HILL

On Appeal from the 78th District Court
Wichita County, Texas
Trial Court Nos. DC78-CR2021-0801; DC78-CR 2019-0205; DC78-CR 2022-0006

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant has moved to dismiss his appeal. Because we have not yet decided this case, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: April 14, 2022